# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 13, 2021

163331 & (11)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

DANIEL EDWARD CALLAHAN,
　　　　Plaintiff-Appellant,

v

VERONICA ANN MAROTA and
VINCENT FRED MAROTA,
　　　　　　Defendants-Appellees.

SC: 163331
COA: 357289
Ottawa CC: 18-005555-NZ

_____/

　　　On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 20, 2021 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2021



Clerk

p0810